# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1221
L.T. Case No. 2024-105096-CFDB

_____

CHRISTOPHER DANE MORGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Arthur Christian Miller, Judge.

Matthew J. Metz, Public Defender, and Darnelle Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and
Stephen R. Putnam, Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

October 30, 2025

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____